**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>              )<br>          Plaintiff,      )<br>              )<br>vs.              )<br>              )<br>JENNIFER MILLER,      )<br>              )<br>          Defendant.      )<br>              ) | 2:12-CR-00285-LDG-GWF<br><br>**ORDER** |

IT IS HEREBY ORDERED that based on the sentencing hearing held before this court on 11/30/12 the defendants PR Bond is hereby exonerated.

DATED this ___ day of January, 2013.

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE